IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANNE L. RIGOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:12-CV-00573-HO |
| | ) |
| v. | ) ORDER |
| | ) |
| FREMONT INVESTMENT and LOAN; | ) |
| JP MORGAN CHASE BANK, NA; MORTGAGE | ) |
| ELECTRONIC REGISTRATION SYSTEMS, | ) |
| INC.; JP MORGAN MORTGAGE | ) |
| ACQUISITION CORP.; JP MORGAN | ) |
| ACCEPTANCE CORP.; US BANK, NA, | ) |
| TRUSTEE FOR JP MORGAN MORTGAGE | ) |
| ACQUISITION CORP.; NORTHWEST | ) |
| TRUSTEE SERVICES, INC.; and | ) |
| JOHN DOES 1-10, | ) |
| Defendants. | ) |

The parties were ordered to show cause in writing why USDC Case No. 6:11-cv-6332-HO, *Rigor v. Fremont Investment et al*, should not be dismissed as redundant. Defendants have responded

1 - ORDER

that they do not oppose the dismissal. [#18]. To date plaintiff has not responded.

Defendants were also ordered to show cause why their Motions to Dismiss [#5; #10] should not therefore be dismissed as moot. [#16]. Defendants agree that, with the dismissal of Case No. 11-6332-HO, their Motions to Dismiss [#5; #10] are moot. [#18].

## Conclusion

USDC Case No. 6:11-cv-6332-HO is hereby DISMISSED as redundant. Defendants' Motions to Dismiss [#5; #10] are DENIED as moot.

IT IS SO ORDERED

DATED this 23rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2 - ORDER