IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANNE L. RIGOR,             )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>FREMONT INVESTMENT and LOAN; )<br>JP MORGAN CHASE BANK, NA; MORTGAGE )<br>ELECTRONIC REGISTRATION SYSTEMS, )<br>INC.; JP MORGAN MORTGAGE    )<br>ACQUISITION CORP.; JP MORGAN )<br>ACCEPTANCE CORP.; US BANK, NA, )<br>TRUSTEE FOR JP MORGAN MORTGAGE )<br>ACQUISITION CORP.; NORTHWEST )<br>TRUSTEE SERVICES, INC.; and )<br>JOHN DOES 1-10,             )<br>          Defendants.       )<br>_____) | Case No. 6:12-CV-00573-HO<br><br>ORDER |

The parties were ordered to show cause in writing why USDC Case No. 6:11-cv-6332-HO, *Rigor v. Fremont Investment et al,* should not be dismissed as redundant. Defendants have responded

1 - ORDER

that they do not oppose the dismissal. [#18]. To date plaintiff has not responded.

Defendants were also ordered to show cause why their Motions to Dismiss [#5; #10] should not therefore be dismissed as moot. [#16]. Defendants agree that, with the dismissal of Case No. 11-6332-HO, their Motions to Dismiss [#5; #10] are moot. [#18].

## Conclusion

USDC Case No. 6:11-cv-6332-HO is hereby DISMISSED as redundant. Defendants' Motions to Dismiss [#5; #10] are DENIED as moot.

IT IS SO ORDERED

DATED this 23rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2 - ORDER